FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2022 MAY 16 P 1: 25

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

DORA L. ADKINS,
P.O. BOX 3825
MERRIFIELD, VA 22116
          Plaintiff (*pro se*),


          V.                         CIVIL ACTION NO.: 1:22-cv-00553


TYSON'S LODGING, LLC
Registered Office Address:
CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP, 2ND FLOOR
RICHMOND, VA, 23219 - 0000, USA
          Defendant.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>


## MOTION FOR LEAVE FROM THE COURT TO FILE AN EMERGENCY COMPLAINT

        Plaintiff is kindly submitting and/or requesting a "Motion for Leave from the

Court to File an Emergency Complaint," because of the Court's required Pre-Filing

Injunction against the Plaintiff.

        A copy of an "Emergency Complaint," against the Defendant, Defendant

Tysons Lodging LLC is attached along with the listed Exhibits, and Emails for

Proof of Evidence. The Complaint includes Count #1: Intentional Infliction of

Emotional Distress; Count #2: Gross Negligence; and a Claim for Punitive

Damages are Warranted as a *Prima Facie Case* Cause of Action.

1

Respectfully Yours,

Dora L. Adkins, *pro se*

## CERTIFICATE OF SERVICE:

I certify that on May 16, 2022, I filed a "Motion for Leave from the Court to

File an Emergency Complaint," and a copy of an "Emergency Complaint,"

provided for review by the Court along with the listed Exhibits and Emails against

the Defendant, Tysons Lodging LLC.

**REGISTERED OFFICE ADDRESS**:
CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP, 2ND FLOOR,
RICHMOND, VA, 23219 - 0000, USA

**PRINCIPAL OFFICE ADDRESS**:
7501 Wisconsin Avenue, Suite 1500 E
Bethesda, MD, 20814 - 0000, USA

**PHYSICAL ADDRESS**:
The Watermark Hotel
Located in: Capital One Center
Address: 1825 Capital One Dr S,
Tysons, VA 22102    McLean, VA 22102
Phone: (703) 707-0478

Osman Cuardos
Osman.Cuardos@TheWatermarkHotel.com
Cindy Moulder, Assistant General Manager
cindy.moulder@thewatermarkhotel.com
Tysons Lodging LLC.
Located in: Capital One Center
Address: 1825 Capital One Dr S
Tysons, VA 22102    McLean, VA 22102
Phone: (703) 707-0478

3

Respectfully Yours,

Dora L. Adkins, *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,
      Plaintiff, (*pro se*)

      v.      <u>Civil Action No.</u>

TYSON'S LODGING, LLC
      Defendant.

**CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

<u>Dora L. Adkins</u>

<u>Name of Pro Se Party (Print or Type)</u>

<u>Executed on May 16, 2022</u> (Date)

**OR**

<u>Dora L. Adkins</u>

<u>(Name of Attorney)</u>

<u>No Telephone Number</u>

<u>(Telephone Number of Attorney)</u>

<u>Prepared or assisted in preparation of this document.</u>

<u>Dora L. Adkins</u>

Name of Pro Se Party (Print or Type)

<u>Signature of Pro Se Party (Print or Type)</u>

<u>Executed on May 16, 2022</u> (Date)

5