IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DORA L. ADKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-553 (AJT/WEF) |
| ) | |
| TYSON'S LODGING, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Pending before the Court is the Report & Recommendation of Magistrate Judge Fitzpatrick [Doc. No. 3] recommending that Plaintiff Dora L. Adkins' Motion for Leave from the Court to File an Emergency Complaint (the "Motion") [Doc. No. 1] and Application to Proceed in District Court Without Prepaying Costs or Fees ("IFP Motion") [Doc. No. 2] be denied. The Magistrate Judge advised the Plaintiff that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 3 at 4.] Plaintiff timely filed objections to the Report and Recommendation on May 23, 2022, and May 25, 2022. [Doc. Nos. 4-5.]

Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge in full. On October 1, 2021, this Court entered a Pre-Filing Injunction Order against Ms. Adkins in a separate case, *Adkins v. Hyatt Corp.*, 1:20-cv-1410-AJT-MSN, based on Ms. Adkins's "extensive history of filing unsubstantiated lawsuits for the alleged injuries connected to food or chemical poisoning." *Adkins v. Hyatt Corp.*, 1:20-cv-1410-AJT-MSN, [Doc. No. 41] at 4. The Order also enjoined Ms. Adkins from filing any complaints in this court without pre-filing leave of this Court. *Id.* Here, Plaintiff alleges food and

chemical poisoning stemming from her stay at Defendant's hotel, facts and circumstance like those previously rejected by this Court. *See, e.g.*, *Adkins v. Merrifield Hotel Associates, L.P.*, 1:22-cv-399-AJT-IDD, [Doc. No. 3] at 1. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, [Doc. No. 3], be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** Motion for Leave from the Court to File an Emergency Complaint [Doc. No. 1] is **DENIED**; it is further

**ORDERED** that the Application to Proceed in District Court Without Prepaying Costs or Fees [Doc. No. 2] is **DENIED**.

**This is a Final Order for the purposes of appeal.** To appeal, Plaintiff must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order Plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court.

The Clerk is directed to mail a copy of this Order to *pro se* Plaintiff and counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 31, 2022